UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

August 15, 2005

Memo To Counsel Re: Joseph DiMezza v. Princess Royale, et al.
Civil No. JFM-04-2691

Dear Counsel:

I have reviewed the memoranda that have been submitted in connection with plaintiff's motion to conduct an *in camera* inspection of certain documents.

Defendant may be correct that the documents will not have to be produced to plaintiff. However, defendant has made no showing why the documents should not be submitted to me for an *in camera* inspection, as requested by plaintiff. Accordingly, plaintiff's motion is granted, and defendant is directed to submit the documents in question to me for an *in camera* inspection on or before August 29, 2005.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge